IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-02417-REB-CBS

UNIVERA, INC. d/b/a OASIS LIFESCIENCES,
a Delaware corporation, and
UNIGEN PHARMACEUTICALS, INC.,
a Delaware corporation,

      Plaintiffs,

v.

RESOURCE MAXIMA LLC,
a Wyoming limited liability company,
GARY L. COE, an individual,
SANDRA J. COE, an individual, and
SOE TRADING & MANAGEMENT,
a California corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (filed March 15, 2006; *doc. no. 34*) is **GRANTED**.

      As of the date of this order, the Clerk's office is instructed to accept for filing, the Amended Complaint and Jury Demand (*doc no.* 34-3) and Exhibit A to the Amended Complaint and Jury Demand (*doc. no. 34-4*) both tendered to the court on March 15, 2006.

**DATED:**      March 20, 2006