IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-02417-REB-CBS

UNIVERA, INC. d/b/a OASIS LIFESCIENCES,
a Delaware corporation, and
UNIGEN PHARMACEUTICALS, INC.,
a Delaware corporation,

    Plaintiffs,

v.

RESOURCE MAXIMA LLC,
a Wyoming limited liability company,
GARY L. COE, an individual,
SANDRA J. COE, an individual, and
SOE TRADING & MANAGEMENT,
a California corporation,
AMERI-KAL, INC.,
a California corporation, and
DJOKO S. SOEJOTO,
an individual,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Entry of Stipulated Protective Order (*doc. no. 47)* is **GRANTED**.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    June 16, 2006