IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-02417-REB-CBS

UNIVERA, INC. d/b/a OASIS LIFESCIENCES,
a Delaware corporation, and
UNIGEN PHARMACEUTICALS, INC.,
a Delaware corporation,

    Plaintiffs,

v.

RESOURCE MAXIMA LLC,
a Wyoming limited liability company,
GARY L. COE, an individual,
SANDRA J. COE, an individual, and
SOE TRADING & MANAGEMENT,
a California corporation,
AMERI-KAL, INC.,
a California corporation, and
DJOKO S. SOEJOTO,
an individual,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order (*doc. no. 51*) is **GRANTED**. The deadline to submit Rule 26(a)(2) AFFIRMATIVE expert disclosures has been extended to on or before **September 25, 2006**.

**DATED:**    August 22, 2006