IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-02417-REB-CBS

UNIVERA, INC. d/b/a OASIS LIFESCIENCES,
a Delaware corporation, and
UNIGEN PHARMACEUTICALS, INC.,
a Delaware corporation,

        Plaintiffs,

v.

RESOURCE MAXIMA LLC,
a Wyoming limited liability company,
GARY L. COE, an individual,
SANDRA J. COE, an individual, and
SOE TRADING & MANAGEMENT,
a California corporation,
AMERI-KAL, INC.,
a California corporation, and
DJOKO S. SOEJOTO,
an individual,

        Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

        IT IS HEREBY ORDERED that Defendants Unopposed Motion to Amend Stipulated Protective Order (filed September 11, 2006; *doc. no. 54*) is DENIED, without prejudice, for failure to comply with District of Colorado ECF Procedure V.L.

        Before refiling parties should note the following steps:

1)     Need to file a Motion for Protective Order;
2)     Need to separately attach the stipulated protective order as an *attachment* to the Motion; and
3)     Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**        September 11, 2006