**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02417-REB-CBS

UNIVERA, INC. d/b/a OASIS LIFESCIENCES,
a Delaware corporation, and
UNIGEN PHARMACEUTICALS, INC.,
a Delaware corporation

      Plaintiffs,

v.

RESOURCE MAXIMA LLC,
a Wyoming limited liability company;
Gary L. Coe, an individual;
Sandra J. Coe, an individual;
SOE TRADING & MANAGEMENT,
a California Corporation;
AMERI-KAL, INC., a California corporation; and
DJOKO S. SOEJOTO, an individual,

      Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO AMEND STIPULATED
PROTECTIVE ORDER**
_____

THIS MATTER comes before the Court on the Unopposed Motion to Amend the Stipulated Protective Order filed on September 12, 2006 (*doc. no. 57)*, and finding that good cause exists,

**ORDERS** that the Unopposed Motion to amend the Stipulated Protective Order is **GRANTED** and the Amended Stipulated Protective Order filed contemporaneously with the Unopposed Motion to Amend the Stipulated Protective Order is hereby entered.

1

2

DATED at Denver, Colorado, this 13th day of September, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge