**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02417-REB-CBS

UNIVERA, INC., *et al*.,

      Plaintiffs,

v.

RESOURCE MAXIMA LLC, *et al*.,

      Defendants.

---

**ORDER GRANTING
STIPULATED MOTION TO AMEND SCHEDULING ORDER**

---

The Court having considered the Stipulated Motion to Amend Scheduling Order (*doc. no. 61)*, filed on September 13, 2006, and finding that good cause exists, it is

**ORDERED** that:

(1)     the deadline to designate experts and exchange expert reports pursuant to Rule 26(a)(2) is extended to **October 25, 2006**;

(2)     the deadline to designate rebuttal experts and exchange rebuttal expert reports pursuant to Rule 26(a)(2) is extended to **November 24, 2006**;

(3)     the close of discovery is extended to **December 13, 2006**; and

(4)     the dispositive motion deadline is extended to **December 26, 2006**.

It is further **ORDERED** that a telephonic status conference has been set for **October 11, 2006, at 11:30 a.m.** (**Mountain Time**).

## **\*\*INSTRUCTIONS FOR TELEPHONIC PARTICIPATION\*\***

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one</u> <u>complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

DATED at Denver, Colorado, this 19th day of September, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge